IN MARYLAND:

## THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| **MANUEL ALLSTON** ) <br> Private Individual ) <br> PO Box 230 ) <br> Brandywine, MD 20613 ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs ) <br> ) <br> **Kendra Ross (Daughter)** ) <br> Private Individual ) <br> 782 Saxon Court ) <br> Charlottesville, VA 22901 ) <br> Ward of: ) <br> Gillian Chadwick ) <br> Washburn University School of Law ) <br> 1700 SW College Avenue ) <br> Topeka, KS 66621 ) <br> *And* ) <br> **MCGUIREWOODS LLP** ) <br> **Elizabeth A. Hutson, Jonathan T. Blank** ) <br> **Katlyn Farrell, Benjamin P. Abe** ) <br> 2001 K Street NW, Suite 400 ) <br> Washington, DC 20006 ) <br> As her residence is under protection ) <br> the above is being served on her behalf. ) <br> ) <br> **Cheryl Ross (Mother)** ) <br> Private Individual ) <br> 3547 Spottswood Ave. ) <br> Memphis, TN 38111 ) <br> ) <br> Defendant(s) ) | Civil Case No. CAC20-15993 |



BreachofContractM.Allston.vs.K.RossC.Ross-9/14/2020

## COMPLAINT

## BREACH OF CONTRACT AND MEMORANDUM OF AGREEMENT

## BY DEFENDANTS

## DEFAMATION, LIBEL, SLANDER, OR SIMILAR

Memorandum of Agreement under a contract and Legal Definition: A Memorandum of Agreement ("MOA"), also known as a memorandum of understanding, is a formal business document used to outline an agreement made between two separate entities, groups or individuals.

I, Manuel "last name of Allston" being a private individual and a member of the Community known as the United Nation of Islam at one time, and member of the Value Creators at one time and member of the Promise Keepers set forth this claim of injury caused by Kendra Ross in her capacity as a private individual, and her birth parent (Mother), Cheryl Ross in her capacity as a private individual.

That under the agreed contract of each individual of the community that when anyone became a member of the community, they were informed of the guidelines and terms of the existing conditions to live in the community (Whether in a Fulltime or Part Time capacity).

Those who choose to stay and live in the community agreed to the terms of the contract, if you refuse to live by the terms of the contract then you were free to leave.

Today you have similar in Housing Association volunteer services for State and Federal Agencies.

Agenda 21 is one of several global plans of action designed to create a coalition of government, business, and non-governmental organizations (NGO's) under the auspices of the United Nations. When fully operational, this system of Global Governance will command a One World Court, a One World Army, a One World Media, etc. All working in lock-step to gain total control over all human activity and all of the Earth's wealth.

Below are former living and work agreements made by those who choose to work and live within these communities in the United States and these communities were not called a "cult." From the 1900 up until the early 1950's many workers/employees, especially those in the mining and logging industry, were paid in a form of currency issued by their employer known as company scrip.

### Example of Similar Agreements

Company scrip is scrip (a substitute for government-issued legal tender or currency)
Lumber company scrip in Wisconsin, for example, forest-products and lumber companies were specifically exempted from the state law requiring employers to pay workers' wages in cash. Lumber and timber companies frequently paid their workers in script, which was redeemable at the company store. Company-run stores served as a convenience for workers and their families,

but also allowed the companies to recapture some of their labor expenses. In certain cases, employers included contract provisions requiring employees to patronize the company stores. Employees who wanted to change their scrip to cash generally had to do so at a discount.

Coal scrip is "tokens or paper with a monetary value issued to workers as an advance on wages by the coal company or its designated representative". As such, coal scrip could only be used at the specific locality or coal town of the company named. Because coal scrip was used in the context of a coal town, where there are usually no other retail establishments in that specific remote location, employees who used this could only redeem their value at that specific location

Gamification describes the incentivisation of people's engagement in non-game contexts and activities by using game-style mechanics. Gamification leverages people's natural tendencies for competition, achievement, collaboration, and charity. Tools employed in game design, such as rewarding users for achievements, "leveling-up," and earning badges, are carried into the real world to help motivate individuals to achieve their goals or boost performance.

There are many examples of gamification, the most well-known perhaps being frequent flyer rewards programs offered by airlines. The important measurable metrics of success from gamification include the level of engagement, influence, brand loyalty, time spent on an activity, and the game's ability to go viral.

Homeowners' Association Sample Rules A written contract of a group of property owners, typically condominium owners, describing their joint ownership obligations and rights. The

association agreement usually allows members to approve new owners before a sale, and gives the right to charge each resident for agreed upon building operating expenses.

In the United States, a homeowner association (or homeowners' association, abbreviated HOA, sometimes referred to as a property owners' association or POA) is a private association often formed by a real estate developer for the purpose of marketing, managing, and selling homes and lots in a <u>residential subdivision</u>. Typically the developer will transfer control of the association to the homeowners after selling a predetermined number of lots. Generally any person who wants to buy a residence within the area of a homeowners association must become a member, and therefore must obey the governing documents including Articles of Incorporation, CC&Rs (Covenants, Conditions and Restrictions) and By-Laws, which may limit the owner's

A cooperative agreement is a legal agreement between the federal government and any other entity. A cooperative agreement occurs when the federal government transfers something of value, usually money, to a state government, municipality or private company for a public purpose. In a cooperative agreement, substantial interaction goes on between the federal government and the other party.

**31 U.S. Code § 6305. Using cooperative agreements**

An executive agency shall use a cooperative agreement as the legal instrument reflecting a relationship between the United States Government and a State, a local government, or other recipient when—

**(1)** the principal purpose of the relationship is to transfer a thing of value to the State, local government, or other recipient to carry out a public purpose of support or stimulation authorized

by a law of the United States instead of acquiring (by purchase, lease, or barter) property or services for the direct benefit or use of the United States Government; and

**(2)** substantial involvement is expected between the executive agency and the State, local government, or other recipient when carrying out the activity contemplated in the agreement.

## LEGAL DEFINITION OF A VOLUNTEER

29 CFR § 553.101 - "Volunteer" defined.

**(a)** An individual who performs hours of service for a public agency for civic, charitable, or humanitarian reasons, without promise, expectation or receipt of compensation for services rendered, is considered to be a volunteer during such hours. Individuals performing hours of service for such a public agency will be considered volunteers for the time so spent and not subject to sections 6, 7, and 11 of the FLSA when such hours of service are performed in accord with sections 3(e)(4) (A) and (B) of the FLSA and the guidelines in this subpart.

**(b)** Congress did not intend to discourage or impede volunteer activities undertaken for civic, charitable, or humanitarian purposes, but expressed its wish to prevent any manipulation or abuse of minimum wage or overtime requirements through coercion or undue pressure upon individuals to "volunteer" their services.

**(c)** Individuals shall be considered volunteers only where their services are offered freely and without pressure or coercion, direct or implied, from an employer.

**(d)** An individual shall not be considered a volunteer if the individual is otherwise employed by the same public agency to perform the same type of services as those for which the individual proposes to volunteer.

**29 CFR § 553.100 General.**

Section 3(e) of the Fair Labor Standards Act, as amended in 1985, provides that individuals performing volunteer services for units of State and local governments will not be regarded as "employees" under the statute. The purpose of this subpart is to define the circumstances under which individuals may perform hours of volunteer service for units of State and local governments without being considered to be their employees during such hours for purposes of the FLSA.

## THE MEMORANDUM OF AGREEMENT

When Cheryl Ross and her minor children Kendra Ross (and others) came to the community known as the United Nation of Islam in the year of 1995 when it was under the control of Royall "last name of Jenkins", Cheryl Ross had to go through a training course to ensure she was aware of what she was agreeing to.

The Contract Agreement, if Cheryl Ross agreed to be in a Full Time status and work within the community she would receive the following for herself and her children: **housing, medical, food, clothing** and **schooling** for her children including her Daughter Kendra Ross. To also receive training for job skills in other communities that could be located in other States if they choose to be part of the community.

This agreement was violated once Kendra Ross became the age of majority (18 years of age) and decided to leave the community; this is the identical contract that Cheryl Ross agreed to when Kendra Ross was still a minor under the jurisdiction and control of her mother.

Additionally, Kendra Ross returned back to the community of the United Nation of Islam once she was of legal age, of her own free will and married a Brother (a member named Nigel) within the community. After which Kendra Ross again decided to leave and return to the outside system outside of the community. This is called free will.

A brief history of the United Nation of Islam under the guidance of Royall "last name of Jenkins" at the time Kendra Ross was a minor which is when all of her alleged claims have occurred against this community.

Since 2010-2012 the United Nation of Islam has gone through troubled waters of being hi-jacked by members who indentified the cash value of this community. This community was taken over, and then left to perish until the original members returned to reclaim what remained after the pillaging of the UNOI.

Kendra Ross' actions in 2017 were long after being out of the community (UNOI) and still under the memorandum of agreement/contract to which she has received the benefits while as a minor under {Mother} Cheryl Ross' jurisdiction.

Kendra Ross was never a member of the Value Creators or that of the Promise Keepers. But by her actions of claiming human trafficking and labor claims against the United Nation of Islam is a contract violation to the agreement of being a member.

The same memorandum of agreement/contract is the same with the Value Creators and Promise Keepers.

The suit against the communities/people has caused irreparable damage against these communities/people.

The people of these communities have lost the right to work in the community, schooling, medical treatment from the community, food, housing etc.

## IN THE UNITED NATION OF ISLAM

1. Those in the community were compensated for their work with Company Script; which is a substitute for government-issued legal tender or currency.

2. Food, clothing, and shelter were among the necessities of each individual provided by the community.

3. My parents were full-time participants within the community of the United Nation of Islam at the date of my birth on July, 31st, 1996. I went to the schooling system of this community from 2002 to 2013. Throughout my participation in this community, what I experienced was protection, freedom and peace of mind. We were taught core values such as: civilization, proper morals between man and woman, public speaking, and much more. We didn't have an abundance of flashy clothing, homes, or vehicles. Despite that, we prioritized the proper and civilized interaction between all people and things. I had the pleasure of not experiencing, some would call, "temptations" of this world including drugs, poverty, and unhealthy environments. Without the guidance of The United Nations of Islam, I would not be the man I am today.

## A SHORT BACKGROUND OF THE COMMUNITY

4. The United Nation of Islam provided hands-on teaching, guidance, and instruction in many necessities for life skills, and "trick-of-the-trade."

5. This includes, however, is not limited to: Medical, Culinary Arts, Auto-Mechanics, Science, Math, Reading, Cosmetology, Sewing, Biodiesel production, Public Relations, Audio and Video Production, agriculture, and horticulture.

6. The United Nation of Islam was a stable entity not only in Kansas City, but also in many other states and cities across the United States.

### Examples of Non-Factual Statements and Slander from Kendra Ross

In Kendra Ross' complaint, she claims that the United Nation of Islam forced its members to work in several of it's restaurants and businesses. This allegation is not true. The United Nation of Islam, was legally formed as a non-profit organization that directed all finances aquired into the well-being of it's volunteers which received: food, clothing, shelter, medical, schooling etc. and, into the people of the communities it served. (See the **YELLOW** highlighted paragraphs of Exhibit A. Kendra Ross' verified complaint Pg. 14. Lines: 51-54)).

2. In Kendra Ross' complaint, she claimed that the United Nation of Islam did not provide health insurance to it's volunteers. She also claimed, the participants of The United Nation of Islam were not permitted go outside of the organization to aquire medical assistance. Both of these allegations are false. The United Nation of Islam had relationships with many local dentist offices, chiropractors, and medical centers. These establishments allowed the participants of The United Nation of Islam to be seen at discounted rates. The participants of The United Nation of Islam were free to seek

medical assistance at anytime for any reason they saw fit. Dr. Marvin MacIntosh was a legal and registered physician, and Member of The United Nation of Islam that volunteered his services to assist the volunteers within The United Nation of Islam. Dr. Marvin only serviced participants if their medical needs were in reach of his legal certifications and education. If at any point the medical needs of the participants out-reached Dr. Marvin's legal service and education; they were directed to a local and licensed physician that were certified to work on the participant. (See the **YELLOW** highlighted paragraph of Exhibit A. (Kendra Ross' verified complaint, Pg. 15, Line: 60)).

### I, Manuel Allston, being a private individual have lost the following because of the negligence of the Defendants, Kendra Ross and Cheryl Ross:

1. Education: Prior to the accusations of the Defendants, I received education in Culinary Arts, Public Relations, Business Management, and Life Coaching; therefore, these programs are no longer available from the communities because of the public accusations from Kendra Ross.
2. Financial:
    A. I have personally lost financial investments in the community of the UNOI and the communities of The Value Creators and Promise Keepers because of the Defendants breach of contract.
    B. Lost businesses in Baltimore, MD, New Haven, CT, Chicago, IL, Kansas City, KS, and Atlanta, GA; which consisted of restaurants/catering, bakery, trucking, construction and food product wholesaling.

C. Loss of Bank Accounts: Bank of America shutdown our business accounts and funds were frozen and seized from the Value Creators.

D. Wells Fargo froze our business accounts of The Value Creators.

E. Lost revenue and potential revenue from Royall's Finest Coffee due to the slanderous statements made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence B' [Exhibit B].

F. Lost revenue and potential revenue from Royall Essence tea beverage due to the slanderous statements made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence C' [Exhibit C].

G. Lost revenue and potential revenue from Royall Dressing salad dressing due to the slanderous statements made by Kendra Ross in her filing of August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – a product sample is enclosed and labeled as 'Evidence D' [Exhibit D].

H. Lost revenue and potential revenue from the Royall Touch eatery located in Kansas City, KS due to the slanderous statements made by Kendra Ross in her filing on August 17th, 2017 "VERIFIED COMPLAINT" in the UNITED STATES DISTRICT COURT – business documents are enclosed and labeled as 'Evidence E' [Exhibit E].

I. Lost revenue and potential revenue from the Royall Touch cafeteria/catering business in Baltimore, MD due to the slanderous statements made by Kendra Ross in her filing on August 17th, 2017 "VERIFIED COMPLAINT" in the

UNITED STATES DISTRICT COURT – business documents are enclosed and labeled as 'Evidence F' [Exhibit F].

7. Security: Because of the human tracking allegations of the Defendants, the community (influenced by national publications set forth by the Defendants), has made verbal threats, and assaults which has compromised my sense of security and willingness to be a public participant.

8. Friends and Family: From the accusations of the Defendants, friends and relatives no longer will to entertain, nor build any forms of relationships with myself.

9. Housing: I have lost housing, and had to relocate to different forms of housing because of realtors choosing not to work with us because of the accusations against the communities of both The Value Creators and The Promise Keepers.

## ALL MEMBERS COME UNDER SIMILAR CIRCUMSTANCES

1. Because of the slander and false allegations of Kendra Ross, it has gravely affected the lives of many including, however is not limited to: Royall Jenkins, the members the United Nation of Islam, The Value Creators, The Promise Keepers, and communities across the United States.

2. Royall Jenkins, being the former spiritual head of the United Nation of Islam, has been accused of human trafficking through false claims on national television, news networks, local, and national news papers.

3. The former members of the United Nation of Islam, The Value Creators, and The Promise Keepers have received threats from their relatives and the community, because the negligence and slander of the defendants.

4. Also, because these organizations provided hands-on education and practices in fields such as, Medical, Auto Mechanics, Culinary Arts, Science, and Public Relations; the participants (including myself), have lost many of the above listed opportunities to gain these skill sets.

5. The members in many communities in the areas served by The Value Creators and The Promise Keepers have received a distorted view of what these organizations provided and therefore have been blackballing both organizations and causing discrimination.

## LAWS AND REGULATIONS

As President George Washington stated, "To speak evil of anyone, unless there is unequivocal proof of their deserving it, is an injury for which there is no adequate reparation."

@.   Fortunately, the state and federal laws prohibit this contemptible practice such as 2017 KANSAS Statute Article 24. - REGULATION OF CERTAIN TRADE PRACTICES 40-2404. Unfair methods of competition or unfair and deceptive acts or practices; title insurance agents, requirements; disclosure of nonpublic personal information; rules and regulations.

a.   2011 Kansas Code Chapter 21. - CRIMES AND PUNISHMENTS Article 40. - CRIMES INVOLVING VIOLATIONS OF PERSONAL RIGHTS: 21-4004. Criminal defamation. (a) Criminal defamation is communicating to a person orally, in writing, or by any other means, information, knowing the information to be false and with actual malice, tending to expose another living person to public hatred, contempt or ridicule; tending to deprive such person of the

benefits of public confidence and social acceptance; or tending to degrade and vilify the memory of one who is dead and to scandalize or provoke surviving relatives and friends.

>   (b)   In all prosecutions under this section the truth of the information communicated shall be admitted as evidence. It shall be a defense to a charge of criminal defamation if it is found that such matter was true.
>
>   (c)   Criminal defamation is a class A nonperson misdemeanor.

   c.   Along with federal law 28 U.S. Code § 4101. Definitions: The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

   To sustain a defamation claim, Maryland law requires a showing that: "(1) the defendant made a defamatory communication to a third person; (2) that the statement was false; (3) that the defendant was at fault in communicating the statement; and (4) that the plaintiff suffered harm." *Samuels v. Tschechtelin*, 763 A.2d 209, 241-42 (Md. Ct. Spec. App. 2000). Kairys v. Douglas Stereo Inc. 83 Md. App. 667 (1990) 577 A.2d 386

## IN CONCLUSION

1. Between the years of 2010-2012 the United Nation of Islam was taken over and Hijacked by self-entitled members of the community that stole many assets within the United Nation of Islam.

2. Two and one half years later (2015), the community was governed again by the proper supervisors of the community.

3. Therefore the lawsuit and false charges filed against Royall Jenkins (the one responsible for the United Nation of Islam up to 2010), The Value Creators, and Promise keepers is a defamation of character, and attack against the development of communities' across the United States. This has caused the loss of assets and credibility of The Value Creators and The Promise Keepers. This has also caused Defamation of Character to I, Manuel "last name of allston", being a private individual and people of similar circumstances of the community.

4. As a result of the Defendants' misconduct, I, Manuel "last name allston" has suffered significant emotional pain and suffering, for which I should be compensated in the amount of $1,714,000 (One Million Seven Hundred and Fourteen Thousand Dollars) or any other amount to be determined at trial.

5. THEREFORE, I, Manuel "last name Allston" respectfully requests that this Court enter judgment against the Defendants on the damages listed above and award me at least $1,714,000, plus prejudgment interest and all attorney's fees incurred in prosecuting this action.

## JURY TRIAL DEMAND

I, Manuel "last name Allston" hereby demand a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, I, Manuel "last name Allston" the Plaintiff respectfully demand judgment in my favor and against Defendants Cheryl Ross and Kendra Ross as follows:

(1) Compensatory and special damages in an amount to be proven at trial;

(2) Lost wages, including income from business product investments causing product name changes, credit damage, evictions, vehicle repossession and businesses closed in an amount to be proven at trial;

(3) Statutory penalties of $1,714,000 and liquidated damages.

(4) Punitive and exemplary damages in an amount according to proof at the time Of trial;

(5) Reasonable attorney's fees and costs.

(6) Such other and further relief as the Court deems just and proper.


Respectfully submitted,

_____ Date 9/14/2020

Manuel "last name of Allston"
Private Individual
PO Box 230
Brandywine, MD 20613

AFFIDAVIT OF FACT

I, Manuel "last name Allston", am the plaintiff in the above-captioned action. I am and have been a resident and Citizen of one of the states for the united states since my birth. I am twenty four (24) years of age and am of sound mind and body to make this affidavit of fact. I have read the foregoing Complaint and fully understand the factual allegations, and also understand the legal claims I am asserting in this action. I verify under penalty of perjury that the entire foregoing claim is true and correct.

_____ Date: September 15th, 2020 at 1:47 pm east,

AFFIANT SIGNATURE:

Manuel David Allston._____

PRINTED FULL LEGAL NAME:

NOTARY SIGNATURE:                                   SEAL:

Autumn Elizabeth Garner

NOTARY PRINTED FULL LEGAL NAME:

Acknowledgement:

STATE OF MARYLAND_____COUNTY OF PRINCE GEORGE'S_____

The foregoing instrument was acknowledged before me this 15th day of September, 2020 by Manuel David Allston. Who is personally known to me or who has produced a valid state government identification card.

BreachofContractM.Allston.vs.K.RossC.Ross-9/14/2020