

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

January 19, 2021

Manuel Allston
P.O. Box 230
Brandywine, MD 20613

      RE:    Allston v. Ross et al
                8:21-cv-00141-PX

Dear Counsel/Party:

The above-captioned case has been removed from the Circuit Court for Prince George's County, Maryland to this Court and assigned the above case number.

                              Sincerely,

                              /s/
                              Felicia C. Cannon, Clerk

      cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**